```
ROBERT S. LARSEN (SBN: 7785)
PHIL W. SU (SBN: 10450)
GORDON & REES LLP
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
rlarsen@gordonrees.com
psu@gordonrees.com

Attorneys for Defendants
COX ENTERPRISES, INC. and
AETNA LIFE INSURANCE COMPANY

JULIE A. MERSCH (SBN: 4695)
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  (702) 387-5868
Facsimile:  (702) 387-0109
jam@merschlaw.com

Attorney for Plaintiff
TODD TOLBERT
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD TOLBERT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COX ENTERPRISES, INC., as Plan Administrator of the Cox Enterprises, Inc. Long-Term Disability Coverage Plan; AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Cox Enterprises, Inc. Long-Term Disability Coverage Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>　　　　　　Defendants. | CASE NO.  2:16-cv-02223-JAD-PAL<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint served on Cox Enterprises, Inc.:  September 22, 2016<br><br>Current response date for Cox Enterprises, Inc.:  October 13, 2016<br><br>Complaint served on Aetna Life Insurance Company:  October 3, 2016<br><br>Current response date for Aetna Life Insurance Company:  October 24, 2016<br><br>New response date: November 3, 2016<br><br>Complaint Filed:  September 21, 2016 |

**TO THE HONORABLE COURT:**

Plaintiff Todd Tolbert ("Plaintiff") and Defendants Cox Enterprises, Inc. ("Cox Enterprises") and Aetna Life Insurance Company ("Aetna") (Cox and Aetna are collectively referred to herein as "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties"), by and through their counsel of record, hereby agree and stipulate to the following:

1) Plaintiff filed his Complaint on September 21, 2016.

2) Plaintiff served his Complaint on Cox Enterprises in this matter on September 22, 2016.

3) Plaintiff served his Complaint on Aetna in this matter on October 3, 2016.

4) Cox Enterprises' deadline to respond to Plaintiff's Complaint is currently October 13, 2016.

5) Aetna's deadline to respond to Plaintiff's Complaint is currently October 24, 2016.

6) In order to provide Cox Enterprises sufficient time to prepare its response to Plaintiff's Complaint, Plaintiff has granted Cox Enterprises an additional 3 weeks from the original date, until and through November 3, 2016, to file its response to his Complaint.

7) In order to provide Aetna sufficient time to prepare its response to Plaintiff's Complaint, Plaintiff has granted Aetna an additional ten days from the original date, until and through November 3, 2016, to file its response to his Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Gordon & Rees LLP
300 S. Fourth St.
Suite 1550
Las Vegas, NV 89101

8) Thus, the Parties hereby stipulate and agree that Defendants shall have until and through November 3, 2016 to file their response to Plaintiff's Complaint.

Dated: October 11, 2016  GORDON & REES LLP

By: */s/ Phil W. Su*
Robert S. Larsen (SBN 7785)
Phil W. Su (SBN 10450)
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendants*
*COX ENTERPRISES, INC; and*
*AETNA LIFE INSURANCE COMPANY*

Dated: October 11, 2016  LAW OFFICE OF JULIE A. MERSCH

By: */s/ Julie A. Mersch*
Julie A. Mersch (SBN 4695)
701 S. 7th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*
*TODD TOLBERT*

## IT IS SO ORDERED:

Dated this 12th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE