1  ROBERT S. LARSEN (SBN: 7785)
   PHIL W. SU (SBN: 10450)
2  GORDON & REES LLP
   300 S. Fourth Street, Suite 1550
3  Las Vegas, NV 89101
   Telephone: (702) 577-9316
4  Facsimile: (702) 255-2858
   rlarsen@gordonrees.com
5  psu@gordonrees.com

6  Attorneys for Defendants
   COX ENTERPRISES, INC. and
7  AETNA LIFE INSURANCE COMPANY

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TODD TOLBERT, | CASE NO. 2:16-cv-02223-JAD-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| COX ENTERPRISES, INC., as Plan Administrator of the Cox Enterprises, Inc. Long-Term Disability Coverage Plan; AETNA LIFE INSURANCE COMPANY, as Claims Administrator for the Cox Enterprises, Inc. Long-Term Disability Coverage Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | Complaint Filed: 09/21/2016_____ |
| Defendants. | |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff TODD TOLBERT and Defendants AETNA LIFE INSURANCE COMPANY and COX ENTERPRISES, INC.

/ / /

/ / /

/ / /

-1-

NOTICE OF SETTLEMENT

as Plan Administrator of the Cox Enterprises, Inc. Long-Term Disability Coverage Plan, have reached a settlement of this matter in its entirety. The parties expect to file a Stipulation and Order for dismissal of all claims with prejudice within the next 60 days.

Dated: May 9, 2017				GORDON & REES LLP

					By:	*/s/Phil W. Su*
						Robert S. Larsen
						Phil W. Su
						Attorneys for Defendants
						AETNA LIFE NSURANCE
						COMPANY and COX
						ENTERPRISES, INC.

**IT IS ORDERED** that the settling parties shall either file a stipulation to dismiss no later than **July 10, 2017**, or a joint status report advising when the stipulation will be filed.

Dated: May 11, 2017

					_____
					Peggy A. Leen
					United States Magistrate Judge

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 9th day of May, 2017, and pursuant to FRCP 5, I served via CM/ECF and/or deposited for mailing in the U. S. Mail a true and correct copy of the foregoing NOTICE OF SETTLEMENT postage prepaid and addressed (if necessary) to:

Julie A. Mersch
Law Office of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
Tel: 702-387-5868
Fax: 702-387-0109
Email: jam@merschlaw.com
*Attorney for Plaintiff*

                                  /s/ Gayle Angulo
                                  An employee of Gordon & Rees LLP